## (August 13, 1965)

■ STRATFORD MAY CORPORATION, Respondent, v. ROGER EUSTER et al., Appellants, and LAWRENCE J. GERRY et al., Respondents.— Motion by appellants to stay execution of judgment entered August 3, 1965, and the transfer of title pursuant thereto, pending appeal from such judgment. Motion denied. The minority view expressed in *Eisen* v. *Post* (3 N Y 2d 518, 526–530) was subsequently adopted by the Legislature (see *Boyer* v. *Legal Estates,* 44 Misc 2d 1065; L. 1961, ch. 855, enacting Business Corporation Law, § 909, eff. Sept. 1, 1963; McKinney's Cons. Laws of N. Y., Book 6, Business Corporation Law, § 909, ann. p. 78, Appendix 2 by Prof. Henn, p. 502). Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.